UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEVIN BROWN               :   CHAPTER 13
        Debtor                    :
                              :
        JACK N. ZAHAROPOULOS    :
        STANDING CHAPTER 13 TRUSTEE  :
          Movant                :
                              :
        vs.                      :
                              :
        KEVIN BROWN            :
          Respondent           :   CASE NO.   5-23-bk-02376

<u>TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN</u>

      AND NOW, this   27th   day of November, 2023 , comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

      1.   Schedule I lacks description.

      WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a.   Deny confirmation of debtor(s) plan.
      b.   Dismiss or convert debtor(s) case.
      c.   Provide such other relief as is equitable and just.

      Respectfully submitted:


      /s/Jack N. Zaharopoulos_____
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this  29th  day of November, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360

<u>/s/Deborah A. DePalma</u>
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee